LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*

FRANCES GAMBARDELLA
BRIAN C. NICHOLAS ♦
SCOTT A. DIETTERICK ¥
KIMBERLY A. BONNER ¥
STEVEN D. KROL
CHRISTOPHER G. FORD
DENISE CARLON ∆∆
CHRISTINE E. POTTER ⌂
STEPHANIE WOLCHOK
ASHLEIGH LEVY MARIN £
DOUGLAS J. McDONOUGH
TIMOTHY J. ZIEGLER
ROBERT D. BAILEY
JAIME R. ACKERMAN ♦
KACIE W. BROWN
MONIKA S. PUNDALIK
TODD MARKS ∆
JANA FRIDFINNSDOTTIR ¥
DENNIS P. UHLMANN, JR. ∆
BRIAN M. GILBERT
JAMAR BENJAMIN
ROGER FAY £
DJIBRIL CARR
TIA DINH*

# ZUCKER, GOLDBERG & ACKERMAN, LLC
## ATTORNEYS AT LAW

200 SHEFFIELD STREET- SUITE 101
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com

*For payoff/reinstatement figures
Please send your request to: zuckergoldberg.com/pr*

**REPLY TO NEW JERSEY ADDRESS**

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

Pennsylvania Office:
The Union Hotel Office Building
240 Gettysburg Pike
Mechanicsburg, PA 17055

\* ALSO MEMBER OF NY, PA AND CA BAR
♦ ALSO MEMBER OF NY, PA AND ME BAR
∆∆ ALSO MEMBER OF NY AND PA BAR
∆ ALSO MEMBER OF NY BAR
£ ALSO MEMBER OF PA BAR
¥ MEMBER OF PA BAR ONLY
⌂ ALSO MEMBER OF FL BAR

XCZ-188847                                                                 April 2, 2015

CLERK, U.S. BANKRUPTCY COURT

         **Case No.:** 15-15679
        **Premises:** 125 West Monroe Street
                           Paulsboro, NJ 08066-1342
**Secured Creditor:** Queen's Park Oval Asset Holding Trust

## REQUEST FOR SERVICE OF NOTICES

Dear Sir/Madam:

Would you be so kind as to add the following interested party to the mailing/service list in the above referenced case:

**Queen's Park Oval Asset Holding Trust**
c/o Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ 07092-0024

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Respectfully yours,
ZUCKER, GOLDBERG & ACKERMAN, LLC

By:   /s/ *Joel A. Ackerman*
JOEL A. ACKERMAN

JAA/eh